United States District Court
Southern District of Texas
**ENTERED**
December 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LISA SMITH, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 2:20-CV-00303 |
| CORPUS CHRISTI HOUSING AUTHORITY, | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the Stipulation of Dismissal without prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 12); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** the case. The parties shall be responsible for their own attorney's fees and court costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
December 7, 2022